

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2015

No. 04-08-00655-CR

Jose Alberto **GUTIERREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CR-1186
Honorable Sharon MacRae, Judge Presiding

## O R D E R

This court's opinion and judgment dismissing this appeal pursuant to TEX. R. APP. P. 25.2(d) issued on October 15, 2008. On May 7, 2014, appellant filed a motion for rehearing which was dismissed for lack of jurisdiction because this court's mandate issued on February 19, 2009. Since our ruling on May 7, 2014, appellant has filed five additional letters with this court. On November 5, 2015, this court received a sixth letter, containing numerous attachments, in which appellant appears to be requesting an additional rehearing.

This court no longer has jurisdiction over this appeal; therefore appellant's request for a rehearing is DISMISSED FOR LACK OF JURISDICTION. TEX. R. APP. P. 18, 19. Any additional relief that may be available to appellant would have to be pursued by filing appropriate documents with the convicting trial court which are returnable to the Texas Court of Criminal Appeals in Austin Texas. *See* TEX. CODE CRIM. PROC. art. 11.07.

Pursuant to appellant's request, this court is returning to appellant all of the original documents received by this court on November 5, 2015. Because this court no longer has jurisdiction to consider this appeal, any additional documents appellant mails to this court will be filed as "information received," no ruling will be made thereon, and no additional documents will be returned to appellant.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

